UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH FALLON

VERSUS

JOHN POTTER, POSTMASTER GENERAL

CIVIL ACTION

NO. 04-526-JJB-SCR



## JUDGMENT

This cause came on before the court for trial by jury, the Honorable James J. Brady, presiding, and the jury having rendered it's verdict,

IT IS ORDERED ADJUDGED AND DECREED that judgment be entered herein in favor of defendant, John E. Potter, Postmaster General, and against the plaintiff, Kenneth Fallon.

Baton Rouge, Louisiana, this 4th day of February, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE